Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JESUS HERNANDEZ,<br><br>                    Defendant. | NO. CR 19-112 RAJ<br><br>STIPULATION AND ORDER TO EXTEND DATE FOR FILING PRETRIAL MOTIONS |

It is stipulated by and between the United States of America, by Assistant United States Attorney Tobias Tobler, and defendant Jesus Hernandez, by his attorney Ralph Hurvitz, that the date for filing of pretrial motions be extended from July 11, 2019 to July 25, 2019.

Mr. Hernandez is charged with possession with intent to distribute methamphetamine, possession with intent to distribute heroin, and felon in possession of a firearm. Trial is presently scheduled for August 19, 2019.

STIPULATION AND ORDER
TO EXTEND PTM DEADLINE – 1

Counsel needs additional time to determine, research, and draft necessary pretrial motions. The parties agree that an extension of the time for filing pretrial motions is in the interest of justice.

Dated this 11th day of July, 2019.

s/Tobias Tobler
TOBIAS TOBLER
Assistant United States Attorney
700 Stewart Street
Suite 5220
Seattle WA 98101
Tel: (206)553-1635
Email: tobias.tobler@usdoj.gov

s/Ralph Hurvitz
RALPH HURVITZ
Attorney for Defendant
WSBA 7365
P.O. Box 25642
Seattle WA 98165
Tel: (206)223-1747
Email: ralph@hurvitz.com

# ORDER

The court has considered the stipulation of the parties concerning an extension of the date for filing pretrial motions in this case. The court finds that the ends of justice would be served by such an extension.

The date for filing pretrial motions, including motions in limine, in this case is hereby extended to July 25, 2019.

Dated this 17th day of July, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge