The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-112RAJ |
| Plaintiff | |
| v. | ORDER TO SEAL |
| JESUS HERNANDEZ, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Sentencing Memorandum;

//
//
//

Order to Seal
*U.S. v. Jesus Hernandez;* CR19-112 - 1

It is hereby ORDERED that the Government's Sentencing Memorandum shall remain sealed.

DATED this 30th day of April, 2021.

*signature*
RICHARD A. JONES
United States District Judge

Presented by:

*S/ Nicholas Manheim*
NICHOLAS MANHEIM
Assistant United States Attorney

Order to Seal
U.S. v. Jesus Hernandez; CR19-112 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970